# United States Court of Appeals
## For the First Circuit

No. 04-1012

LINDA J. STEIR m/n/f of MARIKA STEIR,

Plaintiff, Appellant,

v.

GIRL SCOUTS OF THE USA;
SPAR & SPINDLE COUNCIL,

Defendant, Appellees.

ERRATA

The opinion of this Court, issued on September 3, 2004, should be amended as follows:

On page 11, line 19, after the word "inexplicable," a new footnote is inserted as follows: "Present counsel of record did not represent Marika during the pertinent proceedings discussed in this opinion."